No. 00–5408. NOVOSAD v. REPUBLIC BANK FOR SAVINGS, FKA MANHATTAN SAVINGS BANK. Ct. App. N. M. Certiorari denied.

No. 00–5409. MCLEAN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 00–5410. O'SHAUGHNESSY v. HOOD ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5411. BLACHARSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–5412. AVERY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5413. BENAVIDEZ-BENAVIDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5414. MURDOCK v. JAMES ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–5416. ABREU v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–5417. WILLIAMS v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Wake County, N. C. Certiorari denied.

No. 00–5419. WATTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5420. XINHUA WANG v. SHANGHAI MONTRAL FOODSTUFF CO., LTD. C. A. 4th Cir. Certiorari denied.

No. 00–5421. JOSEPH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5422. PRIVETT v. HOOKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5423. ALLEN v. MASSIE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–5424. BRADLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.